UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL LUIS CRUZADO,<br><br>Plaintiff,<br><br>v.<br><br>MELISSA ROGERS, NANCY WEIL,<br><br>Defendants. | CASE NO. C21-1071 MJP<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME |

This matter is before the Court on Plaintiff's motion for an extension of time to respond to the two pending motions to dismiss. (Dkt. No. 25.) The Court GRANTS the motion.

Defendants have filed motions to dismiss, which are noted for December 17, 2021. (Dkt. Nos. 18, 21.) Plaintiff is *pro se* and filed a motion for the appointment of counsel on November 29, 2021, also noted for December 17, 2021. (Dkt. No. 24.) Plaintiff then filed the instant motion for an extension of time on December 2, 2021 and explained that, in addition to his request for counsel, he has had a medical family emergency. (Dkt. No. 25.) Respondents do not oppose the motion for an extension of time but request the noting date to be January 21, 2022 or earlier. (Dkt. Nos. 27, 29.) Although the motion for an extension of time does not note until

1  December 17, 2021, it is ripe for consideration now because there is no opposition. The Court
2  GRANTS Plaintiff's motion for an extension of time to respond. Defendants' motions to dismiss
3  (Dkt. Nos. 18, 21) are re-noted to January 21, 2022. Plaintiff's response is due January 17, 2022.
4  <u>See</u> LCR 7(d)(3).
5      The clerk is ordered to provide copies of this order to all counsel.
6      Dated December 15, 2021.

Marsha J. Pechman
United States Senior District Judge