UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGEL LUIS CRUZADO,<br><br>              Plaintiff,<br><br>      v.<br><br>MELISSA ROGERS, NANCY WEIL,<br><br>              Defendants. | CASE NO. C21-1071 MJP<br><br>ORDER DENYING MOTION TO APPOINT COUNSEL |

This matter is before the Court on Plaintiff's motion to appoint counsel. (Dkt. No. 24.) Having considered the motion, the positions of Defendants, (Dkt. Nos. 26, 28), and the relevant record, the Court DENIES the motion.

Plaintiff is suing the parenting evaluator and the attorney who represented the mother of his minor child in a state-court family law proceeding. (Dkt. No. 6.) He seeks damages for negligence, negligent infliction of emotional distress, and intentional infliction of emotional distress. (Id.) Plaintiff was represented in that proceeding but not this one. (See Dkt. No. 6 at 5.) However, the Complaint shows that he has the ability to advocate for himself. Given the

1  defenses raised in the pending motions to dismiss, (Dkt. Nos. 18, 21), Plaintiff has not shown a

2  likelihood of success on the merits of his claims.  The motion is DENIED.

3        The clerk is ordered to provide copies of this order to all counsel.

4        Dated January 4, 2022.

*signature*

Marsha J. Pechman
United States Senior District Judge

ORDER DENYING MOTION TO APPOINT COUNSEL - 2