1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10   ANGEL LUIS CRUZADO,                      CASE NO. C21-1071 MJP

11                        Plaintiff,          ORDER GRANTING PLAINTIFF'S
                                              MOTIONS TO FILE CERTAIN
12          v.                                DOCUMENTS UNDER SEAL

13   MELISSA ROGERS, NANCY WEIL,

14                        Defendants.

15          This matter is before the Court on Plaintiff's motion to file documents under seal, (Dkt.

16   No. 12), and sealed motion to file documents under seal, (Dkt. No. 13.).  The records appear to

17   be the same except that the first motion contains redactions and the second does not.  Plaintiff

18   seeks to file these documents as exhibits to his Complaint.  (See Dkt. No. 6.)  The Court

19   GRANTS the motions.

20          The clerk is ordered to provide copies of this order to all counsel.

21          Dated January 10, 2022.

22

23                                            Marsha J. Pechman
                                              United States Senior District Judge

24

ORDER GRANTING PLAINTIFF'S MOTIONS TO FILE CERTAIN DOCUMENTS UNDER SEAL - 1